UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BARBARA AKON                                                                                   PLAINTIFF

VS.                                                            CIVIL ACTION NO. 4:08CV146-A-S

THE QUITMAN COUNTY SCHOOL DISTRICT AND
VALMADGE TOWNER, ITS SUPERINTENDENT
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES                          DEFENDANTS

## AGREED ORDER

Upon motion of the defendants to extend the discovery and motion deadlines in this action, good cause having been shown, and the plaintiff being in agreement that the requested extension should be granted, it is ORDERED that the discovery deadline in this action is extended to January 4, 2010, and the deadline for service of all motions other than evidentiary motions *in limine* is extended to January 19, 2010.

SO ORDERED this the 24th day of November, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE

APPROVED AND AGREED TO:

/s/ Willie Griffin
WILLIE GRIFFIN
Attorney for Plaintiff

/s/ Stephen Spencer
STEPHEN P. SPENCER
Attorney for Defendants

841424