**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**BARBARA AKON,**                                                      **PLAINTIFF**

**v.**                                                      **No.:4:08cv146-A-S**

**THE QUITMAN COUNTY SCHOOL DISTRICT AND**
**VALMADGE TOWNER, ITS SUPERINTENDENT**
**IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES**                    **DEFENDANTS**

**PROTECTIVE ORDER**

The Court being advised that the parties desire for an order to be enters protecting the confidential nature of documents sought through discovery by the plaintiff, the Court hereby ORDERS:

1.      The plaintiff has requested through discovery copies of personnel documents and pay records, as well as MSIS reports, of employees or former employees of the Quitman County School District who are not parties to this lawsuit.

2.      While the references personnel and pay documents are discoverable in this action, the documents will contain information that is confidential relating to persons who are not parties to this lawsuit.

3.      The information contained in the personnel and pay records of these employees and former employees of the Quitman County School District shall be deemed confidential and shall not be disclosed by any party or their attorneys in any fashion except for purposes related to this civil action.

4.      Upon resolution of this action by entry of an order of dismissal with prejudice all documents produced that are subject to the protection of this order shall be returned to counsel for the defendants.

**SO ORDERED,** this the 30th  day of December, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE