IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BARBARA AKON                                                     PLAINTIFF

V.                                     CIVIL ACTION NO.: 4:08CV146-SA-JAD

THE QUITMAN COUNTY SCHOOL DISTRICT
and VALMADGE TOWNER, in his official and
individual capacities
                                                                           DEFENDANTS

ORDER ON
SUMMARY JUDGMENT MOTIONS

Pursuant to an opinion issued this day,

(1)    Defendants Quitman County School District and Valmadge Towner's Motion for Summary Judgment [33] is GRANTED in part and DENIED in part; and

(2)    Plaintiff's Cross-Motion for Summary Judgment [37] contained within Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment is DENIED.

SO ORDERED, this the 26th day of February, 2010.

                                                              **/s/ Sharion Aycock**
                                                              **UNITED STATES DISTRICT JUDGE**