UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

BARBARA AKON                                                                    PLAINTIFF

VS.                                                  CIVIL ACTION NO. 4:08CV146-SA-DAS

THE QUITMAN COUNTY SCHOOL DISTRICT AND
VALMADGE TOWNER, ITS SUPERINTENDENT
IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES                       DEFENDANTS

## ORDER OF DISMISSAL WITH PREJUDICE

The Court being advised that the settlement agreement announced previously to the Court has been consummated between the parties, it is hereby

ORDERED that this action is dismissed with prejudice with all parties to bear responsibility for their own costs, including payment of attorney's fees.

SO ORDERED, this the 5th day of April, 2010.

                                                      **s/ Sharion Aycock**
                                                    **U.S. DISTRICT COURT JUDGE**